UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD EUGENE JOHNSON,

    Petitioner,

-vs-                                      Case No.   8:21-cv-1151-WFJ-AEP

CHRIS NOCCO, SHERIFF,
PASCO COUNTY,

    Respondent.
_____/

**ORDER**

Before the Court is Mr. Johnson's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 4) in which he seeks immediate release from pre-trial detention. Mr. Johnson was released from detention on August 31, 2021, because he pleaded no contest to the charges and was essentially sentenced to time served.[1] Therefore, a favorable decision on the merits will not entitle him to any additional relief, and he no longer has a "personal stake in the outcome." *See Graham v. United States Parole*

---

[1] The Court takes judicial notice of information on the website for the Pasco County Clerk of the Court, https://www.civitekflorida.com/ocrs/app/docketimage.pdf?query=xeFCqDWpj_1uMcNv4NrwQ_pZF5B1OBysvCQvOEMGOlw92UL5h9wTFliDYQJjrG2CBEXAz7cAkYktR0YZQiTqXIehKNw0ToBpWXrsak1OvLuZ5X5N7Abwm5Tezot9Nv5k&pages=4, that indicates Mr. Johnson pleaded no contest to a lesser included offense of battery, was sentenced to 180 days, and received 190 days of jail credit. See Fed.R.Evid. 201. The Pasco County Sheriff's website, https://www.pascosheriff.com/jail.html, indicates Mr. Johnson was released on August 31, 2021.

1

*Comm'n*, 732 F.2d 849, 850 (11th Cir.1984) (dismissing habeas petition as moot where petitioner ultimately sought release on parole and was released during pendency of habeas action) (quotations omitted).

Accordingly, the Petition for a Writ of Habeas Corpus (Doc. 4) is **DISMISSED** as moot. The Clerk must close this case.

ORDERED in Tampa, Florida on October 4, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
cc:
Ronald Eugene Johnson, *pro se*
Sheriff Chris Nocco, Respondent